UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMUEL ENGELHARDT,

    Plaintiff,

v.                              Case No.:  2:25-cv-386-SPC-NPM

STATE OF FLORIDA, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

    This matter comes before the Court on *sua sponte* review of the file. Plaintiff Samuel Engelhardt, who is proceeding pro se, sues multiple Defendants under 42 U.S.C. § 1983 for violating his civil rights. (Doc. 39). On August 13 and August 26, 2025, Defendants moved to dismiss the second-amended complaint. (Docs. 43, 44). Plaintiff failed to timely respond to these motions. So on September 18, 2025, the Court ordered Plaintiff to show cause by October 2, 2025, why this case should not be dismissed for failure to prosecute. (Doc. 48). And it cautioned him that failure to comply with the Order would result in dismissal without further notice. (*Id.*). Plaintiff failed to comply. It thus appears Plaintiff has abandoned this case, so it is

dismissed.[1]  *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on October 8, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Although Defendants have indicated Plaintiff is now in custody (Doc. 45) and perhaps not receiving the Court's Orders, this does not excuse Plaintiff.  It is his responsibility to maintain an updated address with the Court.  *See Guide for Proceeding Without a Lawyer*, p. 15 (Feb. 10, 2022) ("If you change your name, phone number, or address, you must update your information with the court."); *see also Edwards v. Monmany*, No. 2:19-CV-711-SPC-NPM, 2022 WL 2291298, at *1 (M.D. Fla. June 23, 2022) ("Every party is responsible for providing the Court with an address and keeping it updated.").